alimony allowed to appellant therein.   Also appeal from an order of said Appellate Division, entered December 16, 1921, which reversed an order of Special Term granting a motion by defendant, appellant, for an allowance for counsel fees and denied said motion.

*Warren Leslie, Harry W. Alden* and *Charles F. Bliss* for appellant.

*Jesse Fuller, Jr.,* and *Leo R. Brilles* for respondent.

Appeal from judgment modifying amount allowed as alimony affirmed, without costs; appeal from order reversing order allowing counsel fees and denying motion for such fees dismissed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

SARAH A. HOPKINS, Appellant, *v.* CHARLES H. HOPKINS et al., Respondents.

*Real property — descent — adopted child not heir at law of brother of deceased foster father who died leaving a brother and sister his only blood relatives surviving.*

*Hopkins* v. *Hopkins*, 202 App. Div. 606, affirmed.
(Argued April 24, 1923; decided May 11, 1923.)

APPEAL from a judgment, entered September 14, 1922, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint.   On October 27, 1899, Benjamin W. Hopkins and his wife adopted the plaintiff. In 1910 Benjamin W. Hopkins died intestate, leaving no descendants other than the adopted daughter.   On March 4, 1920, Harrison L. Hopkins, a brother of Benjamin W. Hopkins, died intestate, leaving him surviving a brother and a sister, his only blood relatives, heirs at law and next of kin.   The adopted daughter of Benjamin brought this action to partition certain lands in which the said Harrison had an undivided one-fourth interest at the time of his death, claiming

she was an heir of Harrison. The trial court so held and directed judgment accordingly. The Appellate Division reversed the decision of the trial court and dismissed the complaint.

*James O. Sebring* for appellant.

*John Colmey* and *Hosmer H. Thompson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.

---

BLANCHE WILLETT, Respondent, *v.* UNITED STATES RUBBER COMPANY, Appellant.

*Negligence — action to recover for personal injuries occasioned by slipping on cement placed on stairs preparatory to laying rubber treads.*

Willett v. *United States Rubber Co.*, 204 App. Div. 875, affirmed. (Submitted April 25, 1923; decided May 11, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1922, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that on March 24, 1919, defendant was engaged in laying rubber treads upon certain stairways in premises known as No. 229 West Forty-sixth street, in the borough of Manhattan, city of New York; that defendant negligently permitted paste, grease and rubbish to be and remain upon said stairways; that plaintiff, who was employed as a housekeeper in said building, in proceeding from the first floor to the ground floor, without fault on her part, was precipitated down said stairway by reason of said alleged negligence of defendant; and that plaintiff thereby sustained the injuries complained of. Defendant answered, denying the material allegations of the complaint, and alleging that plaintiff's injuries were the result of her contributory negligence.